**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-22366-JB/Torres**

EDWARD ALTIDOR,

Plaintiff,

v.

CITY OF HIALEAH,

Defendant.

______________________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation, ECF No. [37], ("Report") on Defendant's Amended Motion to Dismiss Plaintiff's First Amended Complaint, or, Alternatively, for a More Definite Statement (the "Motion"), ECF No. [31]. In the Report, Magistrate Judge Torres recommends that the Court grant in part and deny in part the Motion and with leave to file a second amended complaint. ECF No. [37] at 29–30. No objections were filed to the Report, and the time to do so has passed.

Upon an independent review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report, ECF No. [37], is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion, ECF No. [31], is **GRANTED IN PART and DENIED IN PART** and Counts I, II, III, V, and VII of Plaintiff's First Amended Complaint, ECF No. [15], are **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff may file a second amended complaint that complies with the requirements set forth in the Report by **November 19, 2026**.

**DONE AND ORDERED** in Miami, Florida, this 5th day of November, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**